384 A.2d 1208

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY, Appellee,**

**v.**

**John KOBALY, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 1978.

Decided April 7, 1978.

Reargument Denied May 8, 1978.

---

4. In light of our decision on this issue, we need not consider the other questions raised on this appeal.

Vincent J. Morocco, Redlich, Cassol, Redlich & Morocco, Greensburg, Anthony V. DeCello, DeCello, Bua & Manifesto, Pittsburgh, for appellant.

John L. Heaton, Asst. Atty. Gen., Robert W. Cunliffe, Deputy Atty. Gen., Robert P. Kane, Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.